v.

Carl WILLS, Respondent.

No. 72073.

Missouri Court of Appeals, Eastern District, Division One.

March 24, 1998.

Stephen IRVIN, Appellant,

v.

STATE of Missouri, Respondent.

No. 72145.

Missouri Court of Appeals, Eastern District, Division One.

March 24, 1998.

Michael A. Gross, St. Louis, for appellant.

1. All statutory references are to RSMo 1994.

Jeremiah W. (Jay) Nixon, Atty. Gen., Catherine Chatman, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

## ORDER

PER CURIAM.

Appellant, Stephen Irvin, appeals the judgment of the Circuit Court of the City of St. Louis denying his Rule 24.035 motion for post-conviction relief as untimely. He concedes his motion was filed out of time.

We have reviewed the briefs of the parties and the legal file and find the motion court's determination is not clearly erroneous. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b).